UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:00CR00041 (JBA) |
| v. | |
| JOHN M. DEAN | JANUARY 31, 2006 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Peter S. Jongbloed, Assistant United States Attorney, as counsel for the United States of America, in the above-referenced case. My appearance is in lieu of the appearance of Deborah R. Douglas.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        PETER S. JONGBLOED
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No: ct03192
        157 Church Street
        New Haven, Connecticut 06510
        Tel. 203.821.3700
        Fax.203.773.5378
        Email: peter.jongbloed@usdoj.gov

CERTIFICATION

This is to certify that a copy of the within and foregoing was sent by First Class mail on this 31st day of January 2006, to the following counsel of record:

Paul F. Thomas
Assistant Federal Public Defender
Office of the Federal Public Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510

                                              PETER S. JONGBLOED
                                              ASSISTANT UNITED STATES ATTORNEY