## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** JOHN DEAN

**Docket No.** 3:00CR00041(JBA)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Patrick D. Norton , PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of John Dean, who was sentenced to 60 months' imprisonment for a violation of Possession with Intent to Distribute 5 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), by the Honorable Janet Bond Arterton, United States District Judge, sitting in the court at New Haven, Connecticut on October 24, 2000, who fixed the period of supervision at 4 years which commenced on November 29, 2004, and imposed the general terms and conditions theretofore adopted by the Court, and also imposed the following special condition: The defendant shall participate in substance abuse and/or mental health treatment programs, either inpatient or outpatient, as directed by the U.S. Probation Office. The substance abuse treatment shall include random urinalysis testing. The defendant shall pay all, or a portion of, the costs associated with such treatment, based on his ability to pay, as determined by the probation officer. The defendant's term of supervised release commenced on November 29, 2004, with a tentative termination date of November 28, 2008.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Standard Condition:** "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." Since Mr. Dean's Compliance Review Hearing on January 31, 2006, he has failed to report to the Probation Office on six occasions.

**Standard Condition:** "You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons." Mr. Dean has remained unemployed since being released to return to work by his medical doctor on December 4, 2006.

**Special Condition:** "The defendant shall participate in a drug and alcohol treatment program, either inpatient or outpatient as directed by the probation officer." On January 8, 2007, the defendant was unsuccessfully discharged from substance abuse treatment.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing John Dean to appear before this court at New Haven, Connecticut on _Jan. 29_ 2007 at _3 pm_ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _18 th_ day of January, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Janet Bond Arterton
United States District Judge

Sworn to By _____

Patrick D. Norton
United States Probation Officer

Place _New Haven, Connecticut_

Date _1-18-07_

Before me, the Honorable Janet Bond Arterton, United States District Judge, on this _18_ day of January 2007 at New Haven, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Janet Bond Arterton
United States District Judge