UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                                        CRIMINAL NO: 3:00CR00041(JBA)

JOHN DEAN

## ORDER MODIFYING TERM OF SUPERVISED RELEASE AND IMPOSING SENTENCE

On October 24, 2000, the above-named defendant, after a plea of guilty to a violation of Title 18, United States Code, Section 841(a)(1), Possession with Intent to Distribute 5 Grams or More of Cocaine Base, was sentenced to 60 months' imprisonment followed by supervised release for a term of 4 years by the Honorable Janet Bond Arterton, United States District Judge sitting in the Court at New Haven, Connecticut. On this date, general terms and conditions were theretofore adopted by the Court and also imposed the special condition as follows: 1) The defendant shall participate in substance abuse and/or mental health treatment programs, either inpatient or outpatient, as directed by the United States Probation Office. The defendant shall pay all, or a portion of, the costs associated with such treatment, based upon the his ability to pay, as determined by probation.

WHEREAS, the supervised releasee was presented before this Court on January 29, 2007, to answer the charge that he violated the conditions of his supervised release as cited in a Petition of Probation and Supervised Release dated January 18, 2007;

WHEREAS, the supervised releasee was represented by Paul Thomas, Assistant Federal Public Defender, and given the opportunity to be heard;

WHEREAS, the Court found that the supervised releasee had in fact violated Count One of the three-count charges as cited within the Petition on Probation and Supervised Release;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the defendant shall obtain drug

and alcohol counseling and monitoring, including residential treatment of up to sixty days, as approved by the United States Probation Office.  IT IS FURTHER ORDERED the defendant resume his term of supervised release with his conditions of supervision remaining in full effect.

Signed and dated at New Haven, Connecticut this __5th__ of February 2007.

_____
The Honorable Janet Bond Arterton
United States District Judge